UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-23757-Civ-SCOLA

LEROY PAIGE,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

### Order Adopting and Affirming the Magistrate Judge's Report

After conducting a de novo review, the Court agrees with the reasoning of Magistrate Judge Patrick A. White in his Report (ECF No. 4)—which recommends dismissing Paige's motion brought under 28 U.S.C. § 2255 because Paige's motion indicates that an appeal of his conviction remains pending before the Eleventh Circuit Court of Appeals. (*See* Motion, ECF No. 1.) Although Paige did not file objections to the Report, he filed an amended motion (ECF No. 5). The amended motion, however, also states that an appeal of the conviction remains pending. (*See* Amended Motion, ECF No. 5.) The Court therefore **adopts** the Report (ECF No. 4) and **dismisses** Paige's amended motion (ECF No. 5) without prejudice as to any issues not cognizable on appeal. Paige's request to proceed *in forma pauperis* (ECF No. 6) is **denied as moot**. The Clerk shall **close** this case.

**Done and ordered** in chambers, at Miami, Florida, on December 31, 2013.

                                                            _____
                                                            Robert N. Scola, Jr.
                                                            United States District Judge